

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-25-2011

# Sourcecorp Incorporated v. James Croney, Jr.

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-1151

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Sourcecorp Incorporated v. James Croney, Jr." (2011). *2011 Decisions*. Paper 1921.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1921

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 25, 2011

No. **10-1151 & 10-3440**

SOURCECORP INCORPORATED

v.

JAMES KENNETH CRONEY, JR.; KIMBERLEY D. CRONEY,
Appellants

(E.D. Pa. No. 2-08-cv-05958)

Present: AMBRO, FISHER and GREENBERG Circuit Judges.

Unopposed Motion by Appellants, for Amendment of Opinion.

Respectfully,
Maria L. Reyes, Case Manager

_____ORDER_____

The Motion is hereby GRANTED.

IT IS NOW ORDERED that the not precedential opinion filed on January 19, 2011 be amended as follows:

1. On page three, first full paragraph, lines four and eight, insert "prior" before "counsel."

2. On page nine, three lines from the bottom of the page, insert "prior" before "attorney's."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: January 25, 2011

mlr/cc:  Howard J. Bashman, Esq.
         Mary Kay Brown, Esq.
         Christopher B. Trowbridge, Esq.
         Karl S. Myers, Esq.